IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBERT WASHINGTON,                )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   CASE NO. CV420-194
                                  )
CHRISTINE BARKER and MELANIE      )
HIGGINS,                          )
                                  )
    Defendants.                   )
_____)

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 25), to which Plaintiff has not filed objections.[1] After a careful de novo review of the record, the Report and Recommendation (Doc. 25) is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's claims are **DISMISSED** and the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22nd day of January 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff has filed a letter with the Clerk of Court that appears to request an explanation of this case's posture following the dismissal of a defendant and transfer of the remaining claims by the Northern District of Georgia. (Doc. 26.) The Court does not construe this as an objection to the Report and Recommendation.